UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| BEATRIZ KOLA DANIEL, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | CIVIL NO.: 2:26-cv-00171-JAW |
| | ) | |
| TODD LYONS, | ) | |
| | ) | |
| Respondent | ) | |

JUDGMENT

Pursuant to the Order on Emergency Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. §2241 with Request for Emergency Temporary Restraining Order, Preliminary Injunction, and Immediate Reunification of Breastfeeding Mother and Infant Child entered by U.S. District Judge John A. Woodcock, Jr., on April 3, 2026;

The Petition for Writ of Habeas Corpus is Granted.

Jennifer P. Lyons, Clerk

By: /s/ Joanne McCue
Deputy Clerk

Dated: April 6, 2026